

KANE KESSLER, P.C.
600 THIRD AVENUE
NEW YORK, NEW YORK 10016-1901
TEL 212.541.6222
FAX 212.245.3009
WWW.KANEKESSLER.COM

**WRITER'S DIRECT NUMBER**
**212.519.5164**

**WRITER'S EMAIL**
**dgimmel@kanekessler.com**

December 18, 2023

<u>**VIA ECF**</u>

Hon. Nicholas G. Garaufis
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**     <u>*Parts Authority, LLC v. Beyda*, No.1:23-cv-07656-NGG-VMS</u>

Dear Judge Garaufis:

We write on behalf of plaintiff Parts Authority, LLC, in accordance with the Court's Rule IV.G in this diversity action pursuant to 28 U.S.C. § 1332.

Plaintiff Parts Authority, LLC, is a citizen of the State of Delaware, and its sole member PAI Holdco, Inc., is a Delaware corporation and citizen of the State of Delaware.  The principal place of business of each is 3 Dakota Drive, Lake Success, New York 11042.

\* \* \* \* \*

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Daniel Gimmel*

Daniel Gimmel

cc:     *All counsel via ECF*