**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
                                                     :
PARTS AUTHORITY,                                     :    Case No. 1:23-cv-07656-NGG
                                                     :
        Plaintiff,                                 :
  - v. -                                             :
                                                     :
DANIEL BEYDA,                                        :    **MOTION FOR ADMISSION**
                                                     :    **PRO HAC VICE**
        Defendant,                                 :
                                                     :
-------------------------------------------------------------X

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Dana B. Parker, respectfully move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Daniel Beyda in the above-captioned action.

I am a member in good standing of the Bar of the States of New Jersey and New York. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. No disciplinary proceeding presently exists against me. This motion is supported by my affidavit containing the information required by Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York and true copies of the Certificates of Good Standing issued by the New Jersey and New York Supreme Court.

[SIGNATURE PAGE FOLLOWS]

- 2 -

Dated:   Newark, New Jersey
         November 30, 2023

Respectfully submitted,

K&L GATES LLP

By: */s/ Dana B. Parker*
    Dana B. Parker
    One Newark Center, Tenth Floor
    Newark, New Jersey 07102
    Email: dana.parker@klgates.com
    Phone: (973) 848-4000
    Fax: (973) 848-4001
    *Counsel for Defendant Daniel Beyda*

**Application granted.**
**So Ordered.**
  s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:**   12/18/23

- 2 -