UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

PARTS AUTHORITY, LLC,

                Plaintiff,

    -against-

DANIEL BEYDA,

                Defendant.

-------------------------------------------------------------x

Case No. :23-cv-07656-NGG-VMS

**CONSENT TO**
**SUBSTITUTION**
**OF COUNSEL**

IT IS HEREBY CONSENTED AND AGREED THAT the undersigned counsel, of the law firm of Abrams Fensterman, LLP, 1 MetroTech Center, Suite 1701, Brooklyn, New York 11201, be substituted as the attorneys of record for defendant Daniel Beyda in the above-captioned action, in the place and stead of Kodey Matthew Haddox and Dana Parker of K & L Gates LLP, as of the date hereof.

Dated: December 27, 2023

ABRAMS FENSTERMAN, LLP

By: _____
    Justin T. Kelton
    Mordecai Geisler
    Lee T. Williams
    1 Metrotech Center, Suite 1701
    Brooklyn, New York 11201
    (718) 215-5300

*Incoming Counsel for Daniel Beyda*

K & L GATES LLP

By: _Kodey Haddox_____
    Kodey Matthew Haddox
    Dana Parker
    599 Lexington Avenue
    New York, NY 10022
    (212)536-3920

*Outgoing Counsel for Daniel Beyda*

*Daniel Beyda*

Mr. Daniel Beyda

Commonwealth of Virginia    County of  City of Alexandria

Sworn to before me this
 28th  day of December, 2023

  7942154

NOTARY PUBLIC

 **Sean D Smith**

REGISTRATION NUMBER
7942154
COMMISSION EXPIRES
January 31, 2025

My commission expires: 01/31/2025

Notarized online using audio-video communication

2