**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

PARTS AUTHORITY, LLC

Plaintiff,

-against-

Case No.: 23CV07656

DANIEL BEYDA

Defendant,

**STIPULATION OF SUBSTITUTION OF**
**COUNSEL OF RECORD FOR DEFENDANTS.**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that:

1.    Pursuant to Local Rule 1.4, and subject to permission of the Court, the Law Office of Abrams Fensterman LLP is permitted to withdraw its appearance as counsel of record for Defendant, to be substituted with the law office of Lazar Grunsfeld Elnadav LLP.

2.    Gerald Grunsfeld, Esq., of Lazar Grunsfeld Elnadav LLP, shall enter his appearance on behalf of Defendant in this action, and will represent Defendant as his attorney of record.

3.    Abrams Fensterman LLP is not asserting a retaining or charging lien.

Dated: November 26, 2025

| Defendant | Abrams Fensterman LLP |
|---|---|
| By: *Daniel C Beyda* (DocuSigned by: AB4582EAA878467) | *Outgoing Counsel for Defendant* By: *Justin T. Kelton* |
| Daniel Beyda | Justin T. Kelton 1 Metrotech Center, Suite 1701 Brooklyn, New York 11201 718 215 5300 x501 |

Lazar Grunsfeld Elnadav LLP

*Incoming counsel for Defendant*

By: *Gerald Grunsfeld*

Gerald Grunsfeld, Esq.
1795 Coney Island Avenue
Brooklyn, NY 11230
(718) 947-7476
Gerry@LGELaw.com

So Ordered

_____