# LAZAR GRUNSFELD ELNADAV LLP

Attorneys At Law

1795 Coney Island Avenue, Suite 200  •  Brooklyn, New York 11230

Tel: (718) 659-1300  •  Fax: (718) 998-1308

**Gerry Grunsfeld, Esq.**

(718) 947-7476

Gerry@lgelaw.com

June 22, 2026

Hon. Seth D. Eichenholtz
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Parts Authority, LLC v. Beyda*, No. 1:23-cv-07656-NCM-SDE

Dear Judge Eichenholtz:

I represent Defendant in this action.

Defendant engaged in meet and confer via phone and e-mail and was unable to resolve the issues discussed in Defendant's three motions in limine (Dkts 92-94).

Respectfully submitted,

**s/ Gerry Grunsfeld**

LAZAR GRUNSFELD ELNADAV LLP

Counsel for Defendant