

KANE KESSLER, P.C.
600 THIRD AVENUE
NEW YORK, NEW YORK 10016-1901
TEL 212.541.6222
FAX 212.245.3009
WWW.KANEKESSLER.COM

WRITER'S DIRECT NUMBER
212-519-5164

WRITER'S EMAIL
dgimmel@kanekessler.com

July 2, 2026

***VIA ECF***

Hon. Seth D. Eichenholtz
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**  ***Parts Authority, LLC v. Beyda*, No.1:23-cv-07656-SDE**

Dear Judge Eichenholtz:

We write on behalf of Plaintiff Parts Authority, LLC ("Parts Authority") to respectfully request that the Court permit Parts Authority's in-house counsel to attend today's conference by telephonic means. While Parts Authority's counsel of record will appear in person, our client may not be able to do so.

We thank the Court for its consideration and attention.

Respectfully submitted,

*/s/ Daniel Gimmel*

Daniel Gimmel

cc:    Gerald Grunsfeld, Esq.