# LAZAR GRUNSFELD ELNADAV LLP
## ATTORNEYS AT LAW

GERRY GRUNSFELD, ESQ.
(718) 947-7476
Gerry@lgelaw.com

July 8, 2026

Hon. Seth D. Eichenholtz
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**     ***Parts Authority, LLC v. Beyda*, No.1:23-cv-07656-NCM-SDE**

Dear Judge Eichenholtz:

No attorney has filed a substitution of counsel by the Court's 4pm deadline and I have not received a direct answer from Mr. Beyda as to whether he is terminating me as counsel. Regardless, for all the reasons already provided to the Court, and supplemented by new events that have occurred within the last 24 hours that will be described to the Court in an ex parte letter, it would be impossible for me to represent Mr. Beyda and I respectfully request that the Court issue an Order granting my application to withdraw as counsel. A copy of this letter and the ex-parte letter has been provided to Mr. Beyda.

Sincerely;

s/ Gerry Grunsfeld

Lazar Grunsfeld Elnadav LLP