# LAZAR GRUNSFELD ELNADAV LLP
### ATTORNEYS AT LAW

GERRY GRUNSFELD, ESQ.
(718) 947-7476
Gerry@lgelaw.com

July 9, 2026

Hon. Seth D. Eichenholtz
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**     _**Parts Authority, LLC v. Beyda**_**, No.1:23-cv-07656-NCM-SDE**

Dear Judge Eichenholtz:

David Rownd of the Vedder Law Office asked me to ask the Court if it could have until 4pm today to complete its analysis as to whether it can seek to substitute in as counsel.

Sincerely;

s/ Gerry Grunsfeld

Lazar Grunsfeld Elnadav LLP