UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X

PARTS AUTHORITY, LLC,

Plaintiff,

-against-

DANIEL BEYDA,

Defendant.

---------------------------------------------------------- X

**ORDER**
23-CV-7656 (SDE)

**SETH D. EICHENHOLTZ**, United States Magistrate Judge:

The Court has reviewed the parties' objections to the exhibits offered during the bench trial of this matter. The Court sustains objections to the following exhibits and will not admit them: Plaintiff Exhibits 17, 27, 43 (although Plaintiff may request that the Court take judicial notice of the order), 45, 118, 124, 126, 127, 128, 141 (although Plaintiff may make a motion by **October 30, 2026** seeking to designate this deposition testimony on good cause shown as to why it was not previously designated in the Joint Pre-Trial Order), and Defendant Exhibit XX.

To the extent parties interposed a hearsay objection and the opposing party responded that it was not offering the statement for the truth but for some alternative purpose, the Court will consider it solely for the alternative purpose.

Where Plaintiff has objected to Defendant's exhibits as incomplete, if he has not already done so, Defendant shall provide a complete copy of the exhibit to Plaintiff or the Court by **October 30, 2026**, or the objection will be sustained.

All other exhibits will be admitted for any relevant purpose. If the Court deems an exhibit to be not relevant, it will disregard the exhibit. For this reason, the relevancy objections are overruled.

**SO ORDERED.**

Dated: Brooklyn, New York
October 27, 2026

/S/ *SETH D. EICHENHOLTZ*
SETH D. EICHENHOLTZ
United States Magistrate Judge
Eastern District of New York